# Order

Michigan Supreme Court
Lansing, Michigan

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137994

In re Estate of JOHN PATRICK WHITE
_____

JEROME M. DAHL, as Trustee of the
JOHN PATRICK WHITE TRUST,
          Petitioner-Appellant,

v

JACALYN DAHL BAUMGARTNER and
RICHARD A. BEKKALA,
          Respondents-Appellees.
_____/

SC: 137994
COA: 281420
Iron CC: 06-000083-CZ

On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

d0921